IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

-----------------------------------------------------------------X

IN RE:

**LISSETTE IGLESIAS,**                                       CHAPTER 13
                                                             CASE NO: 13-11947(ALG)

      **Debtor.**

-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

I am not a party to the action, am over 18 years of age and reside in White Plains, New York.  On the 29th day of May, 2014, I served the within

**Motion to Reclassify Mortgage Lien of Wells Fargo with Exhibits A through D**

By mailing a copy to each of the following persons at the last known address set forth after each name below by first class mail.


Nationstar Mortgage Holdings Inc.
Jay Bray, CEO
350 Highland Drive
Lewisville, Texas 75067

Wells Fargo Bank, NA
John Stumpf, CEO
Chairman, President and CEO
Wells Fargo & Company
1 Home Campus X2303-01A
Des Moines, IA 50328-0001

Wells Fargo Operations Center
P.O. Box 31557 B6955-01B
Billings, MT 59107
*Proof of Claim Noticing Address*

Jeffrey L. Sapir-13
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Charles A Higgs
McCabe, Weisberg, & Conway P.C.
145 Hugenot Street Suite 201
New Rochelle, NY 10801

/s/ Amanda Cassara
Amanda Cassara

Sworn to before me on the
29th day of May, 2014

/s/ Lawrence A. Garvey
Lawrence A Garvey
Notary Public-State of New York
NO. # 02GA6249997
Certified in Rockland County
Commission Expires 10/17/15